LAW OFFICES OF JOHN T. DOOLEY, LLC
By:   John T. Dooley, Esquire
5434 King Avenue @ Route 38 East
Suite 202
Pennsauken, NJ   08109
856-488-9010
856-488-9019 FAX
Email: jtd@dooleylaw.net
Attorneys for Defendants, Tacconelli's Pizzeria, LLC and
Vincent Tacconelli

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RHONDA ABBOTT, and<br>GREGORY LASKY | : Civil Action No.: 1:10-cv-01901 |
| Plaintiffs<br>vs. | |
| TACCONELLI'S PIZZERIA, LLC,<br>VINCENT TACCONNELLI, and<br>JOHN DOE(S) fictitious names of<br>Defendants A – Z | **NOTICE OF MOTION TO<br>ENFORCE SETTLEMENT** |
| Defendants | |

TO:   MOTIONS CLERK AND ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the undersigned will apply to the above named Court for an Order to enforce the settlement reached between the parties.

LAW OFFICES OF JOHN T. DOOLEY, LLC

BY: _/s/ John S. Dooley_
John T. Dooley, Esquire
Attorney for Defendants,
Tacconelli's Pizzeria, LLC and Vincent Tacconelli

DATED:  August 23, 2012.
A proposed form of Order is annexed hereto.