*Law Offices*
*of*
**ANTHONY J. BRADY, JR.**
*Attorney at Law*
1 Rose Avenue
P O Box 129
Maple Shade, New Jersey 08052
Tel: (856) 662-5234
Email: ladbrady@gmail.com

**Member of NJ, PA, SC & FL Bars**

VIA ELECTRONIC FILING.

December 8, 2012

Honorable Jerome B. Simandle U.S.D.J.
United States District Court
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza, Room 6010
P O Box 888
Camden, NJ 08101-0888

RE: Rhonda Abbott; Gregory Lasky; AFDA v. Tacconelli's Pizzeria, LLC; Vincent Tacconelli Case No. I :1 0-cv-01901-JBS-AMD

Dear Judge Simandle:

I am in receipt of a notice from the Court that the matter is scheduled for a hearing on December 14, 2012 at 10:00 am before your Honor. I had pre-existing plans to be in the South until December 16 when I will fly to Philadelphia from Jacksonville Florida. I respectfully request a short postponement if it would not cause an inconvenience to the Court or the parties. I have requested by email consent from the attorneys of record but have received a reply.

1 thank the Court for its kind attention and if I , can be of any assistance, please do not hesitate to contact me.

Respectfully,

*[signature]*
Anthony J Brady Jr.